RECEIVED
IN MONROE, LA
JUL 8 - 2008
ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| JOHNNY RAY WILLIAMS, JR. | CIVIL ACTION NO. 08-0557 |
| VS. | SECTION P |
| STATE OF LOUISIANA, ET AL. | JUDGE JAMES |
| | MAGISTRATE JUDGE HAYES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that this complaint be construed as a petition for *habeas corpus* (28 U.S.C. §2254) and that it be **DENIED AND DISMISSED WITHOUT PREJUDICE** because Williams failed to exhaust all available State court remedies prior to filing suit.

**THUS DONE AND SIGNED**, in chambers, in Monroe, Louisiana, on this 8 day of July, 2008.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE